## 36099. McDONALD v. McDONALD.

PER CURIAM.

This is an appeal from a contempt order entered subsequent to July 1, 1979. The appeal is dismissed for failure to comply with the provisions of Code Ann. § 6-701.1 (Ga. L. 1979, pp. 619, 620).

*Appeal dismissed. All the Justices concur.*

DECIDED FEBRUARY 27, 1980.

*J. Eugene Wilson,* for appellant.
*Phillips, Hart & Mozely,* for appellee.